McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-MJ-0057 BAM |
|---|---|
| Plaintiff, | UNITED STATES' MOTION TO DISMISS AND ORDER |
| v. | |
| MIGUEL CARRIEDO, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned matter for the following reasons.

The U.S. Marshals Service advised the government today that the defendant was apprehended in Mexico and is currently in custody at the Fresno County Jail. The United States moves to dismiss the UFAP complaint in this matter in order to allow the Fresno County District Attorney's Office to pursue pending kidnapping and rape charges filed against the defendant.

Dated: August 27, 2020

McGREGOR W. SCOTT
United States Attorney

By: */s/ KAREN A. ESCOBAR*
KAREN A. ESCOBAR
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: **August 27, 2020**

_____
UNITED STATES MAGISTRATE JUDGE

MOTION TO DISMISS AND ORDER